GEORGE A. RILEY (S.B. #118304) griley@omm.com
LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

DAVID M. FURBUSH (S.B. #83447) dfurbush@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

**E-filed 8/17/06**

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS HOLBERT, Derivatively on Behalf of APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS and G. FREDERICK FORSYTH, <br><br> Defendants, <br><br> - and - <br><br> APPLE COMPUTER, INC., <br><br> Nominal Defendant. | Case No. 5:06-cv-04454-JF <br><br> **STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Douglas Holbert ("Holbert")
2 and Nominal Defendant Apple Computer, Inc. ("Apple") as follows:
3    WHEREAS, Holbert filed his Amended Complaint against Defendants on August 4,
4 2006;
5    WHEREAS, Apple has obtained authorization to accept service of process on behalf of
6 several of the individual defendants, is in the process of seeking such authority from others, and
7 is discussing representation issues with the individual defendants;
8    WHEREAS, Holbert has agreed to extend to October 6, 2006, the time for all defendants
9 to move or plead in response to Holbert's Amended Complaint;
10    NOW THEREFORE, pursuant to Civil Local Rule 6-1, the parties hereby stipulate as
11 follows:
12    All defendants who have been served to date, and all defendants who shall subsequently
13 accept service and request to be covered by this stipulation, shall have an extension of time to
14 answer or otherwise respond to Plaintiff Holbert's Amended Complaint to October 6, 2006.
15    IT IS SO STIPULATED.

17 Dated:  August 14, 2006                    GEORGE A. RILEY
                                              DAVID M. FURBUSH
18                                            LUANN L. SIMMONS
                                              O'MELVENY & MYERS LLP

                                              By:      /s/ Luann L. Simmons
                                                         Luann L. Simmons

                                              Attorneys for Nominal Defendant
                                              APPLE COMPUTER, INC.

| | | |
|---|---|---|
| 1 | Dated:  August 14, 2006 | WILLIAM S. LERACH |
| 2 | | TRAVIS E. DOWNS III |
| | | SHAWN A. WILLIAMS |
| 3 | | LERACH COUGLIN STOIA GELLER |
| | | RUDMAN & ROBBINS LLP |

By:       /s/ Travis E. Downs III
            Travis E. Downs III

Attorneys for Plaintiff
DOUGLAS HOLBERT

## CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Travis E. Downs III.

Dated:  August 14, 2006          GEORGE A. RILEY
                                 DAVID M. FURBUSH
                                 LUANN L. SIMMONS
                                 O'MELVENY & MYERS LLP


By:       /s/ Luann L. Simmons
            Luann L. Simmons

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  ____8/16/06_____

_____
Honorable Jeremy Fogel
United States District Judge

SF1:639724.1

- 2 -
STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT - 5:06-cv-04454-JF