**E-filed 9/26/06**

1  GEORGE A. RILEY (S.B. #118304)  griley@omm.com
   LUANN L. SIMMONS (S.B. #203526)  lsimmons@omm.com
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California  94111-3305
4  Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701
5
   DAVID M. FURBUSH (S.B. #83447)  dfurbush@omm.com
6  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
7  Menlo Park, California  94025
   Telephone:   (650) 473-2600
8  Facsimile:    (650) 473-2601

9  Attorneys for Individual Defendants FRED D. ANDERSON,
   WILLIAM V. CAMPBELL, MILLARD S. DREXLER,
10 STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B.
   YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR.,
11 JONATHAN RUBINSTEIN, RONALD B. JOHNSON,
   PETER OPPENHEIMER, MITCHELL MANDICH,
12 ROBERT M. CALDERONI, JAMES J. BUCKLEY,
   DANIEL L. EILERS and G. FREDERICK FORSYTH,
13 and  Nominal Defendant APPLE COMPUTER, INC.

14                **UNITED STATES DISTRICT COURT**

15       **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

16  DOUGLAS HOLBERT, Derivatively on          Case No. 5:06-cv-04454-JF
    Behalf of APPLE COMPUTER, INC.,
17                                            **STIPULATION AND [PROPOSED]**
                Plaintiff,                    **ORDER TO CONTINUE CASE**
18                                            **MANAGEMENT CONFERENCE AND**
         v.                                   **ASSOCIATED DATES**
19  FRED D. ANDERSON, WILLIAM V.
    CAMPBELL, MILLARD S. DREXLER,
20  STEVEN P. JOBS, ARTHUR D. LEVINSON,
    JEROME B. YORK, TIMOTHY D. COOK,
21  AVADIS TEVANIAN, JR., JONATHAN
    RUBINSTEIN, RONALD B. JOHNSON,
22  PETER OPPENHEIMER, MITCHELL
    MANDICH, ROBERT M. CALDERONI,
23  JAMES J. BUCKLEY, DANIEL L. EILERS
    and G. FREDERICK FORSYTH,
24               Defendants,
25       - and -
26  APPLE COMPUTER, INC.,
27               Nominal Defendant.
28

1    IT IS HEREBY STIPULATED by and between Plaintiff Douglas Holbert ("Holbert")

2  and Individual Defendants Fred D. Anderson, William V. Campbell, Millard S. Drexler, Steven

3  P. Jobs, Arthur D. Levinson, Jerome B. York, Timothy D. Cook, Avadis Tevanian, Jr., Jonathan

4  Rubinstein, Ronald B. Johnson, Peter Oppenheimer, Mitchell Mandich, Robert M. Calderoni,

5  James J. Buckley, Daniel L. Eilers and G. Frederick Forsyth and Nominal Defendant Apple

6  Computer, Inc. ("Apple") as follows:

7    WHEREAS, the undersigned parties are currently discussing consolidation of this case

8  with other similar cases pending in this Court and/or the filing of a consolidated complaint.  The

9  undersigned parties are diligently working on finalizing a stipulation to consolidate the cases.

10 The undersigned parties believe that it serves the interests of judicial economy and efficiency to

11 defer the pending Case Management Conference and associated dates to a time when

12 consolidation issues have been addressed and the Case Management Conference can encompass

13 all similar actions in one proceeding.

14    NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties stipulate and

15 respectfully request that the Court enter an order continuing the Case Management Conference to

16 the Court's first available date that falls at least 30 days after entry of the Court's Order

17 appointing lead plaintiffs' counsel, with all associated dates continued to equivalent periods prior

18 to the rescheduled Case Management Conference as per applicable local rules.

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC - 5:06-cv-04454-JF

1

2 | IT IS SO STIPULATED.

GEORGE A. RILEY
DAVID M. FURBUSH
3 | Dated:  September 21, 2006

LUANN L. SIMMONS
O'MELVENY & MYERS LLP

4

5

By:＿＿＿＿＿/s/ Luann L. Simmons＿＿＿＿＿
6

Luann L. Simmons

7

Attorneys for Individual Defendants FRED D.
ANDERSON, WILLIAM V. CAMPBELL,
8

MILLARD S. DREXLER, STEVEN P. JOBS,
ARTHUR D. LEVINSON, JEROME B.
9

YORK, TIMOTHY D. COOK, AVADIS
TEVANIAN, JR., JONATHAN
10

RUBINSTEIN, RONALD B. JOHNSON,
PETER OPPENHEIMER, MITCHELL
11

MANDICH, ROBERT M. CALDERONI,
JAMES J. BUCKLEY, DANIEL L. EILERS
12

and G. FREDERICK FORSYTH,
and  Nominal Defendant APPLE
13

COMPUTER, INC.

14

15 | Dated:  September 21, 2006

TRAVIS E. DOWNS III
BENNY C. GOODMAN III
SHAWN A. WILLIAMS
16

MONIQUE C. WINKLER
MARIA V. MORRIS
17

THOMAS G. WILHELM
LERACH COUGLIN STOIA GELLER
18

RUDMAN & ROBBINS LLP

19

20

By:＿＿＿＿＿/s/ Monique C. Winkler＿＿＿＿
Monique C. Winkler
21

22 | Attorneys for Plaintiff
DOUGLAS HOLBERT

23

24

25

26

27

28

- 2 -

1

**CERTIFICATION OF CONCURRENCE**

2    I attest under penalty of perjury that concurrence in the filing of this document has been

3    obtained from Monique C. Winkler.

4

5    Dated:  September 21, 2006           GEORGE A. RILEY
                                          DAVID M. FURBUSH
6                                         LUANN L. SIMMONS
                                          O'MELVENY & MYERS LLP
7

8
                                          By:        /s/ Luann L. Simmons
9                                                    Luann L. Simmons

10                                        Attorneys for Individual Defendants FRED D.
                                          ANDERSON, WILLIAM V. CAMPBELL,
11                                        MILLARD S. DREXLER, STEVEN P. JOBS,
                                          ARTHUR D. LEVINSON, JEROME B.
12                                        YORK, TIMOTHY D. COOK, AVADIS
                                          TEVANIAN, JR., JONATHAN
13                                        RUBINSTEIN, RONALD B. JOHNSON,
                                          PETER OPPENHEIMER, MITCHELL
14                                        MANDICH, ROBERT M. CALDERONI,
                                          JAMES J. BUCKLEY, DANIEL L. EILERS
15                                        and G. FREDERICK FORSYTH,
                                          and  Nominal Defendant APPLE
16                                        COMPUTER, INC.

17

18                                        **ORDER**

19    Pursuant to stipulation, IT IS SO ORDERED.  Case Management Conference is continued
                                          to 12/1/06 at 10:30 A.M.
20    Dated:  _____9/22/06_____

21

22

23                                        The Honorable Jeremy Fogel
                                          United States District Judge

24

25    MP1:987991.1

26

27

28

- 3 -