| | |
|---|---|
| 1  GEORGE A. RILEY (S.B. #118304) griley@omm.com | **E-filed 10/6/06** |
|    LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com | |

GEORGE A. RILEY (S.B. #118304) griley@omm.com
LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

DAVID M. FURBUSH (S.B. #83447) dfurbush@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:   (650) 473-2600
Facsimile:    (650) 473-2601

Attorneys for Individual Defendants FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS and G. FREDERICK FORSYTH, and Nominal Defendant APPLE COMPUTER, INC.

**\*\*E-filed 10/6/06\*\***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS HOLBERT, Derivatively on Behalf of APPLE COMPUTER, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS and G. FREDERICK FORSYTH, <br><br>    Defendants, <br><br>  - and - <br><br>APPLE COMPUTER, INC., <br><br>    Nominal Defendant. | Case No. 5:06-cv-04454-JF <br><br> **FURTHER STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1     IT IS HEREBY STIPULATED by and between Plaintiff Douglas Holbert ("Holbert")
2  and Individual Defendants Fred D. Anderson, William V. Campbell, Millard S. Drexler, Steven
3  P. Jobs, Arthur D. Levinson, Jerome B. York, Timothy D. Cook, Avadis Tevanian, Jr., Jonathan
4  Rubinstein, Ronald B. Johnson, Peter Oppenheimer, Mitchell Mandich, Robert M. Calderoni,
5  James J. Buckley, Daniel L. Eilers and G. Frederick Forsyth and Nominal Defendant Apple
6  Computer, Inc. ("Defendants") as follows:
7     WHEREAS, Plaintiffs filed their complaint against Apple on July 20, 2006;
8     WHEREAS, Defendants are currently scheduled to respond to Plaintiffs' Complaint by
9  October 6, 2006;
10    WHEREAS, counsel are engaged in discussing the possibility of consolidation of this
11 matter with related cases and/or the subsequent filing of a consolidated complaint;
12    WHEREAS, the undersigned parties wish to further judicial efficiency by deferring
13 responsive pleadings until such time as consolidation issues are addressed;
14    NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties hereby stipulate
15 as follows:
16    All defendants who have been served to date, and all defendants who shall subsequently
17 accept service and request to be covered by this stipulation, shall have a further extension of time
18 to answer or otherwise respond to 30 days after the filing of a consolidated complaint, or in the
19 event that the Court denies the forthcoming motion for consolidation, the above-described
20 defendants shall answer or otherwise respond to Plaintiffs' Complaint no later than 30 days after
21 such denial.

| | | |
|---|---|---|
| 1 | | |
| 2 | IT IS SO STIPULATED. | GEORGE A. RILEY<br>DAVID M. FURBUSH |
| 3 | Dated:  October 4, 2006 | LUANN L. SIMMONS<br>O'MELVENY & MYERS LLP |
| 4 | | |
| 5 | | By: _____/s/ Luann L. Simmons_____ |
| 6 | | Luann L. Simmons |
| 7 | | Attorneys for Individual Defendants FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS and G. FREDERICK FORSYTH, and Nominal Defendant APPLE COMPUTER, INC. |
| 14 | | |
| 15 | Dated:  October 4, 2006 | TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>SHAWN A. WILLIAMS<br>MONIQUE C. WINKLER<br>MARIA V. MORRIS<br>THOMAS G. WILHELM<br>LERACH COUGLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 19 | | |
| 20 | | By: _____/s/ Monique C. Winkler_____ |
| 21 | | Monique C. Winkler |
| 22 | | Attorneys for Plaintiff<br>DOUGLAS HOLBERT |

**CERTIFICATION OF CONCURRENCE**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Monique C. Winkler.

Dated: October 4, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: ____/s/ Luann L. Simmons____
Luann L. Simmons

Attorneys for Individual Defendants FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS and G. FREDERICK FORSYTH, and Nominal Defendant APPLE COMPUTER, INC.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 10/6/06

_____
The Honorable Jeremy Fogel
United States District Judge

MP1:988727.1

- 3 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME - 5:06-cv-04454-JF